# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Hugo Resendiz-Molina,<br>Defendant. | CASE NO. 25CR1402-TWR<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

_X_ the jury has returned its verdict, finding the defendant not guilty;

of the offense(s) as charged in the Indictment/Information:

8:1325(a)(1) - Improper Attempted Entry by an Alien (Misdemeanor);

8:1326(a) - Attempted Reentry of Removed Alien

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/09/2025

Hon. Todd W. Robinson
U.S. District Judge